# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-03530** |
| **Daniel J Stout** | : | **Chapter 13** |
| | : | **Judge Robert N. Opel II** |
| **Debtor(s)** | : | ＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊ |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto.** | : | **Date and Time of Hearing** |
| | : | _____ |
| **Movant,** | : | |
| **vs** | : | **Place of Hearing** |
| | : | **274 Max Rosenn U.S. Courthouse** |
| **Daniel J Stout** | : | **197 South Main Street** |
| | : | **Wilkes-Barre, PA, 18701** |
| **Charles J. DeHart III** | : | |
| **Respondents.** | | **Related Document #** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto., its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

                                                Respectfully submitted,

                                                /s/ Karina Velter
                                                Karina Velter, Esquire (94781)
                                                Adam B. Hall (323867)
                                                Sarah E. Barngrover (323972)
                                                Manley Deas Kochalski LLC
                                                P.O. Box 165028
                                                Columbus, OH  43216-5028
                                                Telephone: 614-220-5611
                                                Fax: 614-627-8181
                                                Attorneys for Creditor
                                                The case attorney for this file is Karina Velter.
                                                Contact email is kvelter@manleydeas.com

20-008559_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-03530** |
| **Daniel J Stout** | : | **Chapter 13** |
| | : | **Judge Robert N. Opel II** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto.** | : | **Date and Time of Hearing** |
| | : | _____ |
| **Movant,** | : | |
| **vs** | : | **Place of Hearing** |
| | : | **274 Max Rosenn U.S. Courthouse** |
| **Daniel J Stout** | : | **197 South Main Street** |
| | : | **Wilkes-Barre, PA, 18701** |
| **Charles J. DeHart III** | : | |
| **Respondents.** | | **Related Document #** |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Charles J. DeHart III, Chapter 13 Trustee, dehartstaff@pamd13trustee.com

Michael J. McCrystal, Attorney for Daniel J Stout, mccrystallaw@gmail.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Daniel J Stout, 105 Buttermilk Heights Drive, East Stroudsburg, PA 18301

/s/ Karina Velter
_____

20-008559_PS