| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1    DANIEL J. STOUT | |
| Debtor 2    _____ <br>(Spouse, if filing) | |
| United States Bankruptcy Court for the: Middle District of Pennsylvania | |
| Case number 5:18-bk-03530-MJC | |

Form 4100R
## Response to Notice of Final Cure Payment      10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of Creditor:** Freedom Mortgage Corporation      **Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 2265

**Property address:** 105 BUTTERMILK HEIGHTS DR
Number   Street
East Stroudsburg, PA 18301
City     State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11/01/2023
                                                      MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

    a. Total postpetition ongoing payments due:                                  (a) $ _____

    b. Total fees, charges, expenses, escrow, and costs outstanding:          +(b) $ _____

    c. **Total**. Add lines a and b.                                                               (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:            _____
                                                                                           MM/DD/YYYY

Debtor 1 __DANIEL J. STOUT__                    Case number *(if known)* 5:18-bk-03530-MJC
      First    Middle    Last

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __/s/Ryan Starks__                    Date __11/14/2023__
   Signature

Print    __Ryan Starks__        Title __Attorney__
        First Name  Middle Name  Last Name

Company    __Brock & Scott, PLLC__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    __3825 Forrestgate Dr.__
        Number    Street

         __Winston-Salem, NC 27103__
        City    State    ZIP Code

Contact phone   __844-856-6646__   Email __PABKR@brockandscott.com__

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>DANIEL J. STOUT<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>DANIEL J. STOUT ,<br>    Debtor | Case No. 5:18-bk-03530-MJC<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Notice of Final Cure Payment has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Michael J. McCrystal, Debtor's Attorney
326 Main Street
Ste 1
Emmaus, PA 18049
mccrystallaw@gmail.com


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive
Suite A
Hummelstown, PA 17036

United States Trustee, US Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

Via First Class Mail:

Daniel J. Stout
105 Buttermilk Heights Drive
East Stroudsburg, PA 18301


Date: <u>November 14, 2023</u>

<u>/s/Ryan Starks</u>
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com