IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>DANIEL J. STOUT<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>DANIEL J. STOUT ,<br>    Debtor | Case No. 5:18-bk-03530-MJC<br>Chapter 13 |

**WITHDRAWAL OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT RULE 3002.1**

Freedom Mortgage Corporation ("Movant"), by and through its legal counsel, hereby withdraws its RESPONSE TO NOTICE OF FINAL CURE PAYMENT RULE 3002.1 filed on November 15, 2023, Docket Number 70.

This 15th day of November, 2023.

/s/Mario Hanyon
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

21-02297 BKSUP05