Certificate Number: 13858-PAM-DE-037964061

Bankruptcy Case Number: 18-03530



13858-PAM-DE-037964061

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on November 23, 2023, at 5:43 o'clock PM EST, Daniel J. Stout completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 23, 2023      By: /s/Edwin G. Calderon

Name: Edwin G. Calderon

Title: Vice President

Case 5:18-bk-03530-MJC    Doc 72    Filed 11/25/23    Entered 11/25/23 07:30:15    Desc
Main Document    Page 1 of 1