United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Daniel J Stout  
    Debtor

Case No. 18-03530-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 12, 2023      Form ID: fnldecnd      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel J Stout, 105 Buttermilk Heights Drive, East Stroudsburg, PA 18301-7701 |
| 5409044 | + | Freedom Mortgage, c/o Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130 Mount Laurel, NJ 08054-1218 |
| 5099335 | + | Pocono Medical Center, PO Box 822009, Philadelphia, PA 19182-2009 |
| 5099337 | + | Rutgers Health, PO Box 829650, Philadelphia, PA 19182-9650 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Dec 12 2023 18:43:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5099310 | | Email/Text: ebn@americollect.com | Dec 12 2023 18:43:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 5099306 | + | Email/Text: bankruptcycare@affinityfcu.com | Dec 12 2023 18:43:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 5099315 | + | Email/PDF: bncnotices@becket-lee.com | Dec 12 2023 18:53:26 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5099317 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 12 2023 18:42:51 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5110964 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 12 2023 18:42:51 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5112728 | | Email/PDF: bncnotices@becket-lee.com | Dec 12 2023 18:53:26 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5099321 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 12 2023 18:53:26 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5099322 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 12 2023 18:53:26 | Citibank/The Home Depot, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5099323 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2023 18:43:00 | Comenitybank/kayjewe, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5120792 | | Email/Text: BNCnotices@dcmservices.com | Dec 12 2023 18:43:00 | EMERGENCY PHY ASSOC OF PA,PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5099324 | | ^ MEBN | Dec 12 2023 18:38:26 | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 5409045 | + | Email/Text: Bankruptcy@Freedommortgage.com | | |

| Recip ID | Bypass/Notice | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 12 2023 18:43:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 5099329 | ^ | MEBN | Dec 12 2023 18:38:24 | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 5122185 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 12 2023 18:43:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 5099331 | + | Email/Text: BKRMailOPS@weltman.com | Dec 12 2023 18:43:00 | J.b. Robinson, Attn: Bankruptcy, 375 Ghent Road, Akron, OH 44333-4601 |
| 5099320 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 12 2023 18:53:01 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 5099332 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 12 2023 18:43:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 5099333 | + | Email/Text: Documentfiling@lciinc.com | Dec 12 2023 18:43:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 5099334 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 12 2023 18:43:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 5120198 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2023 18:53:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5099336 | + | Email/Text: bknotifications@provident.com | Dec 12 2023 18:43:00 | Provident Funding, Attn: Bankruptcy, Po Box 5914, Santa Rosa, CA 95402-5914 |
| 5099825 | + | Email/Text: rwjebn@rwjbh.org | Dec 12 2023 18:43:00 | RWJ University Hospital, PO Box 21356, New York, NY 10087-1356 |
| 5099338 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2023 18:53:05 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 5099339 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2023 18:53:05 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5099340 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2023 18:42:15 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5126375 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 12 2023 18:53:01 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 5099341 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 12 2023 18:53:26 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5099316 | | Cap1/bstby |
| 5099313 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 5099314 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 5099311 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 5099312 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 5099307 | *+ | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 5099308 | *+ | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 5099309 | *+ | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 5099318 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5099319 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5099325 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 5099326 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |

| | | |
|---|---|---|
| 5099327 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 5099328 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 5099330 | *+ | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |

TOTAL: 1 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:

**Name**  **Email Address**

Adam Bradley Hall
on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

Brian Nicholas
on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

James Warmbrodt
on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

Mario J. Hanyon
on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Michael J McCrystal
on behalf of Debtor 1 Daniel J Stout mccrystallaw@gmail.com sueparalegal@gmail.com

Ryan Starks
on behalf of Creditor Freedom Mortgage Corporation ryan.starks@brockandscott.com wbecf@brockandscott.com

Ryan Starks
on behalf of Creditor FREEDOM MORTGAGE CORPORATION ryan.starks@brockandscott.com wbecf@brockandscott.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Daniel J Stout, | Chapter 13 |
| **Debtor 1** | Case No. 5:18−bk−03530−MJC |

Social Security No.:
  xxx−xx−2336

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Daniel J Stout** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: December 12, 2023

**fnldec** (01/22)