B2830 (Form 2830) (04/22)

# UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania

In re      Daniel J. Stout

case No. <u>5:18-bk-03520</u>

_____
Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

Part I. Certification Regarding Domestic Support Obligations (check no more than one)

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition today.

Part II. If you checked the second box, you must provide the information below.

My current address:

_____

My current employer and my employer's address:

_____

_____

Part III. Certification Regarding Section 522(q) (check no more than one)

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒ I have not claimed an exemption pursuant to 522(b)(3) and state or local law (1) in property that 1 or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

❏ I have claimed an exemption in property pursuant to 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

* Amounts are subject to adjusânent on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B2830 (Fom 2830) (page 2)

Part IV. Debtor's Signature

    I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on <u>November 14, 2025</u>

                                          /s/ Daniel J. Stout
                                          Debtor