In re:                                                                                  Case No. 18-03530-MJC

Daniel J Stout                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                           User: AutoDocke                                    Page 1 of 3

Date Rcvd: Apr 03, 2026                        Form ID: pdf010                          Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel J Stout, 105 Buttermilk Heights Drive, East Stroudsburg, PA 18301-7701 |
| 5409044 | + | Freedom Mortgage, c/o Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130 Mount Laurel, NJ 08054-1218 |
| 5099335 | + | Pocono Medical Center, PO Box 822009, Philadelphia, PA 19182-2009 |
| 5099337 | + | Rutgers Health, PO Box 829650, Philadelphia, PA 19182-9650 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: BankruptcyECFMail@mccalla.com | Apr 03 2026 18:40:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5099310 | Email/Text: ebn@americollect.com | Apr 03 2026 18:40:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 5099306 | + Email/Text: bankruptcycare@affinityfcu.com | Apr 03 2026 18:40:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 5099315 | + Email/PDF: bncnotices@becket-lee.com | Apr 03 2026 18:45:10 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5099317 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2026 18:45:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5110964 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2026 18:45:04 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5112728 | Email/PDF: bncnotices@becket-lee.com | Apr 03 2026 18:45:16 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5099320 | + Email/PDF: ais.chase.ebn@aisinfo.com | Apr 03 2026 18:45:15 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850-5298 |
| 5099321 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 03 2026 18:45:17 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5099322 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 03 2026 18:45:07 | Citibank/The Home Depot, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5099323 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 03 2026 18:40:00 | Comenitybank/kayjewe, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5120792 | Email/Text: BNCnotices@dcmservices.com | Apr 03 2026 18:40:00 | EMERGENCY PHY ASSOC OF PA,PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5099324 | ^ MEBN | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 03 2026 18:38:39 | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 5409045 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 03 2026 18:40:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 5099329 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 03 2026 18:40:00 | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 5122185 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 03 2026 18:40:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 5099331 | + | Email/Text: BKRMailOPS@weltman.com | Apr 03 2026 18:40:00 | J.b. Robinson, Attn: Bankruptcy, 375 Ghent Road, Akron, OH 44333-4601 |
| 5099332 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2026 18:45:15 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 5099333 | + | Email/Text: Documentfiling@lciinc.com | Apr 03 2026 18:40:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 5099334 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 03 2026 18:40:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 5120198 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 03 2026 18:45:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5099336 | + | Email/Text: bknotifications@provident.com | Apr 03 2026 18:40:00 | Provident Funding, Attn: Bankruptcy, Po Box 5914, Santa Rosa, CA 95402-5914 |
| 5099825 | + | Email/Text: rwjebn@rwjbh.org | Apr 03 2026 18:40:00 | RWJ University Hospital, PO Box 21356, New York, NY 10087-1356 |
| 5099338 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2026 18:45:09 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 5099339 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2026 18:45:11 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5099340 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2026 18:45:04 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5126375 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Apr 03 2026 18:45:15 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 5099341 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Apr 03 2026 18:45:09 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5099316 | | Cap1/bstby |
| 5099313 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 5099314 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 5099311 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 5099312 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 5099307 | *+ | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 5099308 | *+ | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 5099309 | *+ | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 5099318 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5099319 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5099325 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 5099326 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |

| 5099327 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 5099328 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 5099330 | *+ | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |

TOTAL: 1 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Michael J McCrystal | on behalf of Debtor 1 Daniel J Stout mccrystallaw@gmail.com sueparalegal@gmail.com;mccrystal.mikeb130939@notify.bestcase.com |
| Ryan Starks | on behalf of Creditor Freedom Mortgage Corporation rstarks@alaw.net  wbecf@brockandscott.com |
| Ryan Starks | on behalf of Creditor FREEDOM MORTGAGE CORPORATION rstarks@alaw.net  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:                                             :    **Chapter 13**
                                                   :
Daniel J. Stout,                                   :    **Case No.  5:18-bk-03530-MJC**
                                                   :
                          Debtor.                  :

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER**

Upon consideration of Debtor's Amended Motion to Reopen Chapter 13 Case, Doc. 82 ("Amended Motion"), and as the required Certification Regarding Domestic Support Obligation and Section 522(q), Official Form 2830, has been filed on behalf of Debtor, Doc. 76, after a hearing held on April 2, 2026, and for the reasons stated on the record, it is hereby

**ORDERED** that the Amended Motion is **GRANTED** and the above-captioned case is hereby **REOPENED** to allow Debtor to obtain a Discharge; it is further

**ORDERED** that the Clerk of Court shall enter a Discharge on behalf of Debtor pursuant to 11 U.S.C. §1328, provided all required documents have been properly submitted; and it is further

**ORDERED** that the Clerk shall close the above-captioned case upon issuance of the Discharge.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: April 2, 2026