| | |
|---|---|
| Debtor 1 | Daniel J Stout |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the : Middle          District of   Pennsylvania
                                                                        (State)

Case number          5:18-bk-03530-RNO

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**     Freedom Mortgage Corporation          **Court claim no.** (if known):     6

**Last four digits** of any number you     XXXXXX2265
use to identify the debtor's account:

**Date of payment change:**     12/1/2019
Must be at least 21 days after date of
this notice

**New total payment:**     $1,842.29
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis
      for the change.  If a statement is not attached, explain why: _____
      _____

   Current escrow payment:  $ 982.44          New escrow payment :  $ 1,020.96

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached,
      explain why: _____

   Current interest rate:          %          New interest rate:          %

   Current principal and interest payment:  $ _____          New principal and interest payment:  $ _____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes.  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
      *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:  $ _____          New mortgage payment:  $ _____

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
⊗ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   _/s/John D. Schlotter_                                Date   _11/7/2019_

      Signature

Print:    _John_         _D._             _Schlotter_          Title    _Authorized Agent_

        First Name      Middle Name      Last Name

Company    _McCalla Raymer Leibert Pierce, LLC_

Address    _1544 Old Alabama Road_

       Number     Street

       _Roswell_             _GA_             _30076_

       City            State           ZIP Code

Contact phone    678-281-6453                           Email    _John.Schlotter@mccalla.com_

In Re:

Daniel J Stout

Chapter: 13

Chief Judge: Robert N. Opel II

## CERTIFICATE OF SERVICE

I, John D. Schlotter, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Daniel J Stout
105 Buttermilk Heights Drive
East Stroudsburg, PA 18301

Michael J McCrystal                    *(served via ECF Notification)*
McCrystal Law Offices
151 Main Street
Suite A
Emmaus, PA 18049

Charles J. DeHart, III, Trustee        *(served via ECF Notification)*
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee                  *(served via ECF Notification)*
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   11/8/2019        By:    */s/John D. Schlotter*
                (date)                 John D. Schlotter
                                       Authorized Agent for Freedom Mortgage Corporation



P.O. BOX 50428
NDIANAPOLIS, N 46250-0401

**FREEDOM MORTGAGE**

## Escrow Account Disclosure Statement
### Account Information

| | |
|---|---|
| Loan Number: | |
| Property Address: | 105 BUTTERMILK HEIGHTS DR<br>EAST STROUDSBURG PA 18301 |
| Statement Date: | **10/16/2019** |
| Current Payment Amount: | **$1,803.77** |
| **New Payment Amount:** | **$1,842.29** |
| **New Payment Effective Date:** | **12/01/2019** |

DANIEL STOUT
MARIA STOUT
105 BUTTERMILK HEIGHTS DR
EAST STROUDSBURG PA 18301-7701

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there's enough money in your account to cover your homeowners insurance, real estate taxes and mortgage insurance, if applicable.

Based on our review, you have a shortage of $1,062.60. This shortage was caused by changes in your taxes or insurance. To see these changes, refer to Part 2.

| | |
|---|---|
| Projected Minimum Balance | $1,561.73 |
| - Required Minimum Balance | $1,663.90 |
| Shortage Amount | $1,062.60 |

The required minimum balance is also known as the escrow cushion. The required minimum balance or cushion is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months. As tax and insurance amounts may be subject to change each year, the amounts in Part 3 are only estimates.

**To correct your shortage, we've outlined two different payment options for you to choose from:**

### PART 1 — Your Mortgage Payment

Payment information beginning with your 12/01/2019 payment

**Option 1**

Step 1 - Pay your shortage in full by using the coupon below.

Step 2 - After your shortage of $1,062.60 is applied, your new monthly payment amount will be $1,753.74.

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest | $821.33 | $821.33 |
| Escrow Payment | $908.84 | $932.41 |
| Shortage Spread: | $73.60 | $0.00 |
| **Total Payment:** | **$1,803.77** | **$1,753.74** |

• • • • • • • • • • • • • **OR** • • • • • • • • • • • • •

**Option 2**

If you choose not to pay your shortage in full (Option 1), this amount will automatically be spread over 0 months. Your new monthly payment will be $1,842.29.

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest | $821.33 | $821.33 |
| Escrow Payment | $908.84 | $932.41 |
| Shortage Spread: | $73.60 | $88.55 |
| **Total Payment:** | **$1,803.77** | **$1,842.29** |

**NOTICE:** Freedom Mortgage is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, in the event the debt has been discharged pursuant to or the addressee or recipient is under the protection of federal bankruptcy law, this communication is solely for informational purposes and is not an attempt to collect a debt.

### ESCROW SHORTAGE COUPON

**FREEDOM MORTGAGE**
DANIEL STOUT
MARIA STOUT
105 BUTTERMILK HEIGHTS DR
EAST STROUDSBURG PA 18301 7701

Loan Number _____ **Shortage Amount: $1,062.60**

☐ Enclosed is a check for the **total** shortage amount. My new monthly mortgage payment will be adjusted to reflect the new monthly escrow deposit.

☐ Enclosed is a check for a **portion** of the shortage amount. I understand that the remaining shortage will be spread evenly for the duration of the shortage repayment period.

**If you choose to do nothing, the entire shortage amount will be spread over the next 0 months and your new monthly payment will be as calculated by this analysis.**

FREEDOM MORTGAGE
29730 NETWORK PLACE
CHICAGO, IL 60673-1297

| Escrow Shortage |
| Amount Enclosed |

*Please write your loan number on your check and return this coupon with your payment.*

The chart below reflects what actually happened in your escrow account since the last analysis. This compares what we expected to occur with what actually happened.

| Date | Payment to Escrow | What We Estimated to Pay In | What We Paid Out | What We Estimated to Pay Out | Description | Actual Balance | Last Year's Estimated Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance | **$4,953.02** | **$8,247.59** |
| Sep 2019 | $873.51 | $908.84 | $100.46 | $102.23 * | FHA MORTGAGE INSURANCE | $5,726.07 | $9,054.20 |
| Sep 2019 | $0.00 | $0.00 | $7,397.06 | $7,440.98 | SCHOOL/ISD TAX | ($1,670.99) | $1,613.22 |
| Oct 2019 | $1,211.84 | $908.84 | $100.46 | $102.23 * | FHA MORTGAGE INSURANCE | ($559.61) | $2,419.83 |
| Nov 2019 | $0.00 | $908.84 | $0.00 | $102.23 | E FHA MORTGAGE INSURANCE | ($559.61) | $3,226.44 |
| Dec 2019 | $0.00 | $908.84 | $0.00 | $102.23 | E FHA MORTGAGE INSURANCE | ($559.61) | $4,033.05 |
| Jan 2020 | $0.00 | $908.84 | $0.00 | $102.23 | E FHA MORTGAGE INSURANCE | ($559.61) | $4,839.66 |
| Feb 2020 | $0.00 | $908.84 | $0.00 | $102.23 | E FHA MORTGAGE INSURANCE | ($559.61) | $5,646.27 |
| Mar 2020 | $0.00 | $908.84 | $0.00 | $102.23 | E FHA MORTGAGE INSURANCE | ($559.61) | $6,452.88 |
| Apr 2020 | $0.00 | $908.84 | $0.00 | $102.23 | E FHA MORTGAGE INSURANCE | ($559.61) | $7,259.49 |
| Apr 2020 | $0.00 | $0.00 | $0.00 | $1,102.38 | E TOWNSHIP TAX | ($559.61) | $6,157.11 |
| May 2020 | $0.00 | $908.84 | $0.00 | $102.23 | E FHA MORTGAGE INSURANCE | ($559.61) | $6,963.72 |
| Jun 2020 | $0.00 | $908.84 | $0.00 | $102.23 | E FHA MORTGAGE INSURANCE | ($559.61) | $7,770.33 |
| Jul 2020 | $0.00 | $908.84 | $0.00 | $102.23 | E FHA MORTGAGE INSURANCE | ($559.61) | $8,576.94 |
| Aug 2020 | $0.00 | $908.84 | $0.00 | $1,136.00 | E HOMEOWNERS | ($559.61) | $8,349.78 |
| Aug 2020 | $0.00 | $0.00 | $0.00 | $102.23 | E FHA MORTGAGE INSURANCE | ($559.61) | $8,247.55 |
| **Total** | **$2,085.35** | **$10,906.08** | **$7,597.98** | **$10,906.12** | | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

LOAN ███████████████

(This space intentionally left blank)



P.O. BOX 50428
NDIANAPOLIS, N 46250-0401

**FREEDOM MORTGAGE®**

### Escrow Account Disclosure Statement

| Account Information | Page 2 |
|---|---|

Loan Number:
Property Address:      105 BUTTERMILK HEIGHTS DR
EAST STROUDSBURG PA 18301

DANIEL STOUT
MARIA STOUT
105 BUTTERMILK HEIGHTS DR
EAST STROUDSBURG PA 18301-7701

| | |
|---|---|
| Statement Date: | **10/16/2019** |
| Current Payment Amount: | **$1,803.77** |
| **New Payment Amount:** | **$1,842.29** |
| **New Payment Effective Date:** | **12/01/2019** |

---

**PART 3**

### Expected Escrow Payments over the next 12 Months

| | | |
|---|---|---|
| HOMEOWNERS | $1,484.00 | |
| FHA MORTGAGE INSURANCE | $1,205.52 | |
| SCHOOL/ISD TAX | $7,397.06 | |
| TOWNSHIP TAX | $1,102.38 | |
| **Total Disbursements** | **$11,188.96** | |

Freedom expects to pay $11,188.96 over the next 12 months.
Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total Disbursements: | $11,188.96 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$932.41** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $2,265.24 | $3,327.84 |
| Dec 2019 | $932.41 | $100.46 | FHA MORTGAGE INSURANCE | $3,097.19 | $4,159.79 |
| Jan 2020 | $932.41 | $100.46 | FHA MORTGAGE INSURANCE | $3,929.14 | $4,991.74 |
| Feb 2020 | $932.41 | $100.46 | FHA MORTGAGE INSURANCE | $4,761.09 | $5,823.69 |
| Mar 2020 | $932.41 | $100.46 | FHA MORTGAGE INSURANCE | $5,593.04 | $6,655.64 |
| Apr 2020 | $932.41 | $100.46 | FHA MORTGAGE INSURANCE | $6,424.99 | $7,487.59 |
| Apr 2020 | $0.00 | $1,102.38 | TOWNSHIP TAX | $5,322.61 | $6,385.21 |
| May 2020 | $932.41 | $100.46 | FHA MORTGAGE INSURANCE | $6,154.56 | $7,217.16 |
| Jun 2020 | $932.41 | $100.46 | FHA MORTGAGE INSURANCE | $6,986.51 | $8,049.11 |
| Jul 2020 | $932.41 | $100.46 | FHA MORTGAGE INSURANCE | $7,818.46 | $8,881.06 |
| Aug 2020 | $932.41 | $1,484.00 | HOMEOWNERS | $7,266.87 | $8,329.47 |
| Aug 2020 | $0.00 | $100.46 | FHA MORTGAGE INSURANCE | $7,166.41 | $8,229.01 |
| Sep 2020 | $932.41 | $100.46 | FHA MORTGAGE INSURANCE | $7,998.36 | $9,060.96 |
| Sep 2020 | $0.00 | $7,397.06 | SCHOOL/ISD TAX | $601.30 | $1,663.90 * |
| Oct 2020 | $932.41 | $100.46 | FHA MORTGAGE INSURANCE | $1,433.25 | $2,495.85 |
| Nov 2020 | $932.41 | $100.46 | FHA MORTGAGE INSURANCE | $2,265.20 | $3,327.80 |
| | $11,188.92 | $11,188.96 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

---



**PART 4**

### What This Means to You

Your escrow balance is less than the required minimum balance or cushion in your account. The resulting shortage is $1,062.60.

Please refer to Part 1 for your repayment options. For your convenience, your shortage has been spread over 12 months. Including the shortage, your new total monthly payment will be $1,842.29. If you choose to repay your shortage please refer to Part 1, Option 1.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment.

---



**PART 5**

### How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time.

LOAN NUMBER:

Case 5.18-bk-03530-RNO   Doc   Filed 11/08/19   Entered 11/08/19 19:58:14   Desc
Main Document   Page 6 of 6
ELECTRONIC ONLY STATEMENT